**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES HENRY GREEN, ) | |
| ) | |
| Petitioner, ) | 3:11-cv-00230-ECR-VPC |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| E.K. McDANIEL, *et al.,* ) | |
| ) | |
| Respondents. ) | |
| ) | |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se.* On September 19, 2011, petitioner filed a motion for an extension of time to file an opposition (ECF No. 21), and a motion for a transfer of funds from his personal savings or an extension of photo copy expense. (ECF No. 22). Petitioner states that he requires additional funds in order to respond to respondents' motion to dismiss.

Good cause appearing, petitioner's motion for an extension of time is **GRANTED.** Petitioner is granted to and including October 26, 2011, to file a response the motion to dismiss.

Good cause appearing, petitioner's motion for additional photo copy credit is **GRANTED.** The court extends petitioner's copywork limit $50.00 for the limited purpose of photocopies for use in this case.

Dated this 27th day of September, 2011.

*Edward C. Reed*
UNITED STATES DISTRICT JUDGE