UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| JAMES H. GREEN, | ) | |
| Petitioner, | ) | 3:11-cv-00230-LRH-VPC |
| vs. | ) | **ORDER** |
| E.K. McDANIEL, *et al.*, | ) | |
| Respondents. | ) | |

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. On January 28, 2013, this Court ordered petitioner to show cause, in writing, why this action should not be dismissed for failure to obey the order of March 14, 2012. (ECF No. 36). Petitioner has filed a motion for an extension of time to show cause. (ECF No. 37). Petitioner seeks an extension of time up to and including March 7, 2013, to show cause in writing. Good causing appearing, petitioner's motion is granted.

**IT IS THEREFORE ORDERED** that petitioner's motion for an extension of time (ECF No. 37) is **GRANTED.** Petitioner's written statement showing cause why this action should not be dismissed **SHALL** be filed on or before **March 15, 2013.**

**IT IS FURTHER ORDERED** that failure to comply with this Court's order will result in dismissal of this action.

Dated this 6th day of March, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE