UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES HENRY GREEN,<br><br>　　　　　　　　　Petitioner,<br>　　v.<br>RENEE BAKER, et al.,<br><br>　　　　　　　　　Respondents. | Case No. 3:11-cv-00230-MMD-VPC<br><br>ORDER |

　　　　This habeas matter comes before the Court on petitioner's fourth motion for an enlargement of time (ECF No. 63) to respond to respondents' motion to dismiss (ECF No. 55) and his motion to raise his legal copy credit limit (ECF No. 64).

　　　　The Court will grant a twenty-day extension and a $25.00 copy credit limit increase.

　　　　The Court will not approve any further copy credit limit increases in this case absent a showing by petitioner as to why he needs copies specifically in the amount requested. Including the current increase, petitioner has been approved for a total of $100.00 in copy credit limit increases in this case, which is extraordinarily high. (*See* ECF Nos. 23, 43.) The law library copy denial attached with the motion concerned a copy request only for $1.30 for 13 copies. Petitioner asserts in support of his current request for an increase of $25.00 to $50.00 that he needs to make copies to serve respondents with copies of exhibits to his opposition to the motion to dismiss. In the future, as an example, petitioner would need to state how many pages are in the exhibits that he is seeking to copy.

It is therefore ordered that petitioner's fourth motion for an enlargement of time (ECF No. 63) is granted, such that petitioner will have twenty (20) days from entry of this order within which to mail his response to respondents' motion to dismiss to the Clerk for filing. No further extension requests will be considered absent extraordinary circumstances. If a response to the motion is not timely submitted, the motion will be subject to being granted as unopposed without further advance notice.

It further is ordered that the motion to raise petitioner's legal copy credit limit (ECF No. 64) is granted in part to the limited extent that the Nevada Department of Corrections will increase petitioner's legal copy credit limit by twenty-five dollars ($25.00) over and above any increase currently provided for by any other court order, for use for this case only.

The Clerk further will send a copy of this order to the attention of the Chief of Inmate Services for the Nevada Department of Corrections, P.O. Box 7011, Carson City, NV 89702, in connection with inmate James H. Green, #1020696.

DATED THIS 1st day of December 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE