UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| JAMES GREEN, | Case No. 3:11-cv-00230-MMD-CBC |
|---|---|
| Petitioner, | |
| v. | ORDER |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

This *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 was denied on the merits, and Petitioner has appealed. Following his notice of appeal, petitioner filed an application for leave to proceed *in forma pauperis*, presumably pursuant to Federal Rule of Appellate Procedure 24. As the Court has already granted Petitioner leave to proceed *in forma pauperis* in this action and has not revoked that status for the purposes of appeal, the application is unnecessary. Petitioner will be allowed to proceed *in forma pauperis* on appeal pursuant to Rule 24(a)(3).

It is therefore ordered that Petitioner's application for leave to proceed *in forma pauperis* (ECF No. 89) is denied as moot.

DATED THIS 3rd day of January 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE